# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

ABIGAIL LEE KEMP
LEWIS JONES III
LARRY BERNARD GILMORE
 and
MICHAEL BERNARD GILMORE
_____/

SUPERSEDING
INDICTMENT
5:16cr3-RH

THE GRAND JURY CHARGES:

## COUNT ONE

Between on or about April 28, 2015, and on or about February 12, 2016, in the Northern District of Florida and elsewhere, the defendants,

**ABIGAIL LEE KEMP,
LEWIS JONES III,
LARRY BERNARD GILMORE,
 and
MICHAEL BERNARD GILMORE,**

did knowingly combine, conspire, confederate, and agree together and with others to obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery; that is, the defendants conspired to take and obtain jewelry from the persons and in the presence of persons employed by Jared Vault,

Zales Outlet, and Reeds Jewelers, retail businesses engaged in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to those persons.

All in violation of Title 18, United States Code, Section 1951.

## COUNT TWO

On or about August 11, 2015, in the Northern District of Florida, the defendants,

**ABIGAIL LEE KEMP,**
**LEWIS JONES III,**
**LARRY BERNARD GILMORE,**
**and**
**MICHAEL BERNARD GILMORE,**

knowingly did obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, and did attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by robbery, in that the defendants did knowingly take and obtain jewelry from the persons and in the presence of persons employed by Reeds Jewelers #154, a retail business engaged in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to those persons.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT THREE

On or about August 11, 2015, in the Northern District of Florida, the defendants,

**ABIGAIL LEE KEMP,**
**LEWIS JONES III,**
**LARRY BERNARD GILMORE,**
**and**
**MICHAEL BERNARD GILMORE,**

did knowingly use, carry, and brandish a firearm, to wit, a Smith and Wesson .40 caliber handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit, interference with commerce by robbery, as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

From their engagement in the violations alleged in Counts One and Two of this Indictment, the defendants,

**ABIGAIL LEE KEMP,**
**LEWIS JONES III,**
**LARRY BERNARD GILMORE,**
**and**
**MICHAEL BERNARD GILMORE,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all of the defendants' right, title, and interest in any property, real and personal, constituting, and derived from, proceeds traceable to such offense.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendants:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred, sold to, or deposited with a third party;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

## FIREARM FORFEITURE

The allegations contained in Count Three of this Indictment are hereby realleged and incorporated by reference. Because the defendants,

**ABIGAIL LEE KEMP,
LEWIS JONES III,
LARRY BERNARD GILMORE,
and
MICHAEL BERNARD GILMORE,**

knowingly committed the violation set forth in Count Three of this Indictment, any and all interest that these defendants have in the firearm and ammunition involved in this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

**REDACTED**
FOREPERSON

3-1-16
DATE

_____
CHRISTOPHER P. CANOVA
Acting United States Attorney

_____
KATHRYN RISINGER
Assistant United States Attorney

5