Judge Hinkle,

My name is Abigail Lee Kemp (docket #5:16CR3-001), I was sentenced to 120 months on 1-13-2017, Since I have been in Tallahassee FCI I have completed the RDAP program. I entered the program knowing I would not be eligible for the time off due to the violence of my crime. I was willing to complete the program to gain all the information I could to better myself as a human and to be a better member in society. While I was in the program I was chosen by the drug counselors and my peers to be a mentor in the program. Being a mentor helped me grow in many areas. Not just for myself, but for others as well. Being the youngest child I never really had anyone look up to me. In RDAP as a mentor I had people coming to me for advice. It gave me the drive to better myself and hold myself accountable for my actions.

Not just for me but to set a positive example for my peers. I have learned many skills to cope with lifes obstacles. Instead of using drugs and alcohol, I have not only completed RDAP, but I have remained involved in many other programs.

I have been involved in the Lean program. I have taught many workout classes. Helping others not just grow mentally, but physically as well is a passion of mine. I have also been very involved in the church. I am an usher and am a member of the praise dance team. Having God in my life has given me a whole new outlook on life. Knowing that I have a purpose has driven me to live to please God and not just myself. I have also completed Celebrate recovery. When I completed the program I was invited by an outside leader to continue to

come back as a "small group leader". I have been apart of 3 graduations and it is something I plan to be apart of when I enter back into society. I have maintained a very strong work ethic, working full time jobs. I have recently moved to work in Commissary, which is a job that has to be approved through SIS and is meant for trusted inmates only. I know that I have grown in many areas over the past four years. Also as you know Tallahassee is a "Hot Spot" for Covid 19. Leon County being one of the worst counties. Anything that could get me home sooner to keep me safe and healthy. Today I would like to ask for you to please grant me the year off for RDAP. Or whatever you deem appropriate. Thank you for your time.

Sincerely,
Abigail Kemp

# Certificate of Achievement

Presented to

## Abigail Kemp

For successfully completing the Residential portion of the

### Residential Drug Abuse Treatment Program
### On August 23, 2019

*This milestone, while significant, is not the completion of the treatment requirements. Abigail Kemp is hereby eligible to move forward to the Follow-up and/or Community Treatment components of RDAP.*

_____
Kelvin Marcelli Ph.D., DAP Coordinator

_____
Drug Treatment Specialist

Tallahassee Federal Correctional Institution

# State of Florida
## CERTIFICATE OF COMPLETION



Awarded To

*Abigail Kemp*

For Successful Completion of

# 12 Steps of Celebrate Recovery Inside Step Study

A Biblical 12-Step Recovery Ministry

Confronting Life's Hurts, Hang-ups, and Habits Through

CHRIST JESUS and 8-Principles Based on the Beatitudes

Federal Correctional Institute, Tallahassee, Florida

_Connie Collins_  11-9-17  _Angela Scribetta_
Celebrate Recovery Inside T.E.A.M. Leader at FCI     Date     Celebrate Recovery Inside T.E.A.M. Leader at FCI



| | Individualized Reentry Plan - Program Review  (Inmate Copy) | SEQUENCE: 02045261 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 01-09-2020 |
| | Plan is for inmate: KEMP, ABIGAIL LEE   68950-019 | |

*due for team in August*

| Facility: | TAL  TALLAHASSEE FCI | Proj. Rel. Date: | 09-23-2024 |
|---|---|---|---|
| Name: | KEMP, ABIGAIL LEE | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 68950-019 | DNA Status: | TAL06279 / 02-28-2017 |
| Age: | 28 | | |
| Date of Birth: | 02-20-1991 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| TAL | REC YRD PM | REC YARD(1230-2100) | 07-16-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| TAL | ESL HAS | ENGLISH PROFICIENT | 03-02-2017 |
| TAL | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-02-2017 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| TAL | | LEAN PROGRAM | 01-06-2020 | CURRENT |
| TAL F | C | LEAN PROGRAM | 07-16-2019 | 09-16-2019 |
| TAL F | C | CARDIO BLAST | 08-10-2019 | 09-29-2019 |
| TAL F | C | BEGINNING SOCCER | 07-27-2019 | 10-12-2019 |
| TAL F | C | CELEBRATE RECOVERY | 10-15-2019 | 10-15-2019 |
| TAL F | C | BASIC INTRO TO WELLNESS | 08-05-2019 | 09-27-2019 |
| TAL F | C | LEAN PROGRAM | 04-01-2019 | 04-16-2019 |
| TAL | C | RPP #6 RESIDENTIAL RDAP | 10-22-2018 | 08-23-2019 |
| TAL | C | LEAN PROGRAM | 12-03-2018 | 03-31-2019 |
| TAL | C | LEAN PROGRAM | 09-18-2018 | 12-03-2018 |
| TAL F | C | RPP#6 GANG INVOLVEMENT | 09-10-2018 | 09-21-2018 |
| TAL | C | AEROBICS CLASS | 06-25-2018 | 08-27-2018 |
| TAL | C | THINKING FOR A CHANGE | 04-12-2018 | 06-29-2018 |
| TAL F | C | RPP#6 SLEEP DISTURBANCES | 06-04-2018 | 06-08-2018 |
| TAL F | C | ACE CONVERSATIONAL SPANISH | 03-05-2018 | 04-26-2018 |
| TAL F | C | THRESHOLD -REL SVC RE-ENTRY | 09-19-2017 | 12-19-2017 |
| TAL F | C | WOMEN'S HEALTH | 11-13-2017 | 11-17-2017 |
| TAL F | C | RPP#6 RELATIONSHIP ISSUES | 11-13-2017 | 11-17-2017 |
| TAL F | C | CELEBRATE RECOVERY | 03-16-2017 | 11-09-2017 |
| TAL F | C | RPP#6 THINKING FOR A CHANGE | 07-31-2017 | 08-25-2017 |
| TAL F | C | LIFE IN BALANCE | 07-24-2017 | 08-04-2017 |
| TAL F | C | BEGINNING YOGA CLASS | 06-20-2017 | 07-19-2017 |
| TAL F | C | HIGH INTENSITY CARDIO EXERCISE | 04-25-2017 | 07-19-2017 |
| TAL F | C | RPP#6 DEALING W/ DOM VIOLENCE | 05-22-2017 | 06-02-2017 |
| TAL F | C | RPP #6 40-HOUR DRUG EDUCATION | 04-24-2017 | 05-22-2017 |
| TAL F | C | RPP#6 SELF DISCOVERY | 05-15-2017 | 05-19-2017 |
| TAL F | C | MANAGING EMOTIONS | 05-01-2017 | 05-12-2017 |
| TAL F | C | RPP#6 MANAGING ANGRY FEELINGS | 04-17-2017 | 04-28-2017 |
| TAL F | C | RPP#6 COPING SKILLS | 03-27-2017 | 04-14-2017 |
| TAL F | C | RPP #6 DEVELOPING INSIGHT | 03-13-2017 | 03-24-2017 |
| TAL F | C | ADJUSTING TO PRISON | 03-02-2017 | 03-03-2017 |
| TAL F | C | RPP#6 MANAGING STRESS | 03-06-2017 | 03-10-2017 |
| TAL F | C | AIDS AWARE RPP#1 | 03-07-2017 | 03-07-2017 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **



| | Individualized Reentry Plan - Program Review (Inmate Copy) | SEQUENCE: 02045261 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 01-09-2020 |
| | Plan is for inmate: KEMP, ABIGAIL LEE  68950-019 | |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-01-2017 |
| CARE1-MH | CARE1-MENTAL HEALTH | 03-03-2017 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 02-27-2017 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-01-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-01-2017 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP COMP | RES DRUG TRMT COMP/TRANS REQD | 08-23-2019 |
| ED COMP | DRUG EDUCATION COMPLETE | 05-22-2017 |
| FOL PART | FOLLOWUP SERVICES PARTICIPANT | 08-23-2019 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 11-15-2018 |

### FRP Details

**Most Recent Payment Plan**

**FRP Assignment:** **PART**  **FINANC RESP-PARTICIPATES**  **Start: 03-10-2017**
**Inmate Decision:** **AGREED**  **$50.00**  Frequency: **MONTHLY**
Payments past 6 months:  **$300.00**  Obligation Balance: **$1,499,590.97**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $400.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 3 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 4 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 10-12-2019 | TAL | PAYMENT | INSIDE PMT | $50.00 |
| | 09-11-2019 | TAL | PAYMENT | INSIDE PMT | $50.00 |
| | 08-13-2019 | TAL | PAYMENT | INSIDE PMT | $50.00 |
| | 07-11-2019 | TAL | PAYMENT | INSIDE PMT | $50.00 |

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 2 | REST FV | $1,499,690.97 | $1,499,590.97 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 12-12-2019 | TAL | PAYMENT | INSIDE PMT | $50.00 |
| | 11-13-2019 | TAL | PAYMENT | INSIDE PMT | $50.00 |

**Payment Details**
Trust Fund Deposits - Past 6 months:  $2,230.76    Payments commensurate?  Y
New Payment Plan:   ** No data **

### Progress since last review

Since her last team, inmate Kemp has completed the Basic Intro to Wellness, Celebrate Recovery, Beginning Soccer, Cardio Blast, and the LEAN Program. Kemp has completed the RDAP program and assigned to the REC Yard detail. No LTG's has been completed at this time.

### Next Program Review Goals

The following short term goals are recommended:
* Enroll/Complete the Relationship Issues courses by July, 2020.

### Long Term Goals

The following long term goals are recommended:
* Enroll/Complete a VT Program of your choice and the Resume Writing class by January, 2021.

### RRC/HC Placement

### Comments

Sentry Data as of 01-09-2020         Individualized Reentry Plan - Program Review  (Inmate Copy)         Page 2 of 4



**Individualized Reentry Plan - Program Review  (Inmate Copy)**     SEQUENCE: 02045261
Dept. of Justice / Federal Bureau of Prisons     Team Date: 01-09-2020
Plan is for inmate: KEMP, ABIGAIL LEE   68950-019

Kemp will be reviewed for RRC placement 17-19 months out from PRD date.



**Individualized Reentry Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: KEMP, ABIGAIL LEE  68950-019

SEQUENCE: 02045261
Team Date: 01-09-2020

Name: KEMP, ABIGAIL LEE
Register No.: 68950-019
Age: 28
Date of Birth: 02-20-1991

DNA Status: TAL06279 / 02-28-2017

Inmate   (KEMP, ABIGAIL LEE. Register No.: 68950-019)

Date

Unit Manager / Chairperson

Case Manager

Date

Date

Individualized Reentry Plan - Program Review  (Inmate Copy)        Page 4 of 4

Abigail Kenall
FCI Tallahassee
P.O. BOX 5000
Tallahassee, FL 32314

Judge Hinkle
111 North Adams Street
Suite 822
Tallahassee FL, 32301

CHECKED JUL 3 - 2020

