5:16-cr-00003-RH-EMT

August 25, 2020

To whom this may concern,

I, Abigail L. Kemp presents this letter as a motion to the court for compassionate release under U.S. Code 18USC3582. On January 13th 2017 I was sentenced to 120 months. My release date is 2024. In December of 2019 my sentence of 12 months was deleted. Therefore my release date ~~date~~ will be 2023, but it has not been updated by the courts. I am currently serving my time at Tallahassee FCI. We have been on lockdown since
FILED USDC FLND TL AUG 28 '20 PM4:56

April 1st. However I have still been going to work five days a week at commissary. While I was working they had us going into the other units to hand out the commissary. This to me was not safe and was defeating the purpose of being seperated from the other units. However I still continued to do my job. I did not want to cause any trouble with my boss. While going into the units we were issued mask but these mask were not OSHA approved.

we did not have gloves or anything else to protect us from the other inmates on lockdown. While we were in the store my boss did not make us wear a mask nor did they wear their mask. On July 24th we were forced by adminstration to move into a seperate "work detail" unit, which exposed us to other women who had been living in seperate units. I believe this was done so our exposure to the officers was not spread to other

inmates who were not working. However this put all the other women in the unit at a higher risk because we had the most exposure to the officers. We were told we could refuse housing, but that we would be put in the shu. I have a great job and did not want to risk losing my job. I continued to work at commissary. On August 4th me and three of my co-workers were removed to the unit and put into quarantine. They did not tell us what was going on.

We were only told that since we had been out working we had to be tested and put in quarantine. Later I found out that both of the officers I worked with Mr. Hamilton and Mrs. McDonald had tested positive for COVID-19. While in quarantine I have been locked in a room with another inmate for 23½ hours a day. We were let out for 30 minutes a day with the same people I come in with. However some officers did not follow

and would let us out with several other inmates. While in quarentine at least 10 inmates tested positive and was moved to the "sick side". All of these inmates had been using the same phones, computers and showers. I am very concerned with the way staff is handling this pandemic. I am in fear that it is only going to get worse and I will eventually be exposed to the virus. I do believe that serving the rest of my time on home confindment or having a sentence

reduction would be safer for my health. While being at FCI Tallahassee I have completed many programs. Including RDAP and Celebrate Recovery, where I was a mentor during both programs. I have kept a job and the job I currently have has to be approved by SIS and is meant for trusted inmates only. I can assure you that I will be a productive member in society. I submitted my request to warden Strong on July 25th. It has been 30 days and

I have heard no responce. I would like to request to the court to appoint counsel to assist in preparing a compassionate release motion. Please appoint me to Megan Saillant out of the Northern District of Florida. Thank you for your time.

*Abigail L Kemp*
Abigail L. Kemp

Abigail Kemp 68450-019
FCI Tallahassee
P.O. Box 5000
Tallahassee Fl. 32314

Clerk. U.S. District Court
111 North Adams Street Suite 322
Tallahassee Fl. 32301



32301-773097